FILED

01/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0568

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0568

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CONNOR KAISER,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to voluntarily dismiss the appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2022